AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LIVE OAK BANKING COMPANY, a North Carolina Corporation,<br><br>*Plaintiff(s)*<br>v.<br>TRIM TRECH DISTRIBUTION LLC, a California Limite Liability Company, et al<br><br>*Defendant(s)* | Civil Action No. 5:25-cv-02467-EKL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Trim Tech Distribution LLC
a California Limited Liability Company
1724 Ringwood Ave.
San Jose, CA 95131

See Attachment A for Other Defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MILLER NASH LLP
Bernie Kornberg
bernie.kornberg@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: 562.435.8002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

Date: 3/24/2025

*Karen Gorman*
Karen Gorman
*Signature of Clerk or Deputy Clerk*

**ATTACHMENT A**

**ADDITIONAL DEFENDANTS**

Bretton "Brett" Sewell, individually and as Trustee
of the Sewell Family Trust U/A Dated 8/21/03
58 Deodora Drive
Atherton, CA 94027

Trim Tech Construction, Inc. f a TT Installation
Inc., a California Corporation
1724 Ringwood Ave
San Jose, CA 95131

Christine Sewell, individually and as Trustee of the
Sewell Family Trust U/A Dated 8/21/03
58 Deodora Drive
Atherton, CA 94027

Trim Tech Holdings, LLC, a California Limited
Liability Company
1724 Ringwood Ave
San Jose, CA 95131

Mortgage Electronic Registration Systems, Inc., a
Delaware Corporation,
330 N. Brand Blvd
Glendale, CA 91203

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:25-cv-02467-EKL

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: