MILLER NASH LLP
Bernie Kornberg
bernie.kornberg@millernash.com
Jack Wallan, State Bar No. 353689
jack.wallan@millernash.com
340 Golden Shore, Suite 450
Long Beach, CA 90802
Telephone:   562.435.8002
Facsimile:    562.435.7967

Attorneys for Plaintiff
Live Oak Banking Company

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LIVE OAK BANKING COMPANY, a North Carolina Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRIM TECH DISTRIBUTION LLC, et al.,<br><br>Defendants. | Case No. 5:25-CV-02467-EKL<br><br>**APPLICATION FOR ENTRY OF DEFAULT AS TO DEFENDANT TRIM TECH DISTRIBUTION LLC**<br><br>Judge: Hon. Eumi K. Lee |

1. On March 27, 2025, a copy of the summons and complaint was served on defendant Trim Tech Distribution LLC, a California Limited Liability Company ("Defendant") by and through Bret Sewell, their agent for service of process.

2. The proof of service of summons on Trim Tech Distribution LLC was filed in this court on April 2, 2025 as docket number 14.

3. Defendant has failed to plead or otherwise defend in this action, and the time to plead or otherwise defend expired on April 17, 2025.

4. Defendant has no appeared in this action, and the time to appear has expired.

5. Defendant is not an infant or incompetent person.

6. It is requested that the Clerk enter the default of the Defendant pursuant to Fed. R. Civ. P. 55(a).

7. I, Bernie Kornberg, declare under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2025            MILLER NASH LLP

By: /s/ Bernie Kornberg
Bernie Kornberg
Attorneys for Plaintiff
Live Oak Banking Company

**PROOF OF SERVICE**

I, Bernie Kornberg, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 340 Golden Shore, Suite 450, Long Beach, California 90802.

On June 16, 2025, I electronically filed the attached document:

**PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO STRIKE AFFIRMATIVE DEFENSES 1-10 OF DEFENDANTS BRET AND CHRISTINE SEWELL PURSUANT TO FRCP 12(F)**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| Elizabeth Marie Pappy<br>Burke, Williams & Sorensen LLP<br>60 South Market Street, Suite 1000<br>San Jose, CA 95113<br>(408) 606-6300<br>Fax: (408) 606-6333<br>Email: epappy@bwslaw.com<br><br>Counsel for Bretton Sewell and Christine Sewell | Rachel C. Witcher<br>Ghidotti Berger LLP<br>1920 Old Tustin Avenue<br>Santa Ana, CA 92705<br>949-427-2010<br>Fax: 949-446-1318<br>Email: rwitcher@ghidottiberger.com<br><br>Counsel for Mortgage Electronic Registration Systems, Inc. |

an additional copy has been mailed via first class, postage prepaid to:

Trim Tech Distribution LLC
c/o Brett Sewell, Agent for Service
58 Deodora Drive
Atherton, CA 94027

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 16, 2025, at San Francisco, California.

/s/ Bernie Kornberg

4909-7084-7054.1