**MILLER NASH LLP**
Bernie Kornberg, Bar No. 252006
bernie.kornberg@millernash.com
340 Golden Shore, Suite 450
Long Beach, CA 90802
Telephone:    562.435.8002
Facsimile:    562.435.7967

Attorneys for Plaintiff
Live Oak Banking Company

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LIVE OAK BANKING COMPANY, a North Carolina Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRIM TECH DISTRIBUTION LLC, et al.,<br><br>Defendants. | Case No. 5:25-CV-02467-EKL<br><br>**LIVE OAK'S STATUS REPORT REGARDING SETTLEMENT**<br><br>HON. EUMI K. LEE |

Pursuant to this Court's December 15, 2025 order, Live Oak Banking Company ("Live Oak") provides the following status report as to the settlement of this case.

On September 16, 2025, Live Oak and defendants Bretton and Christine Sewell, individually and as Trustees of the Sewell Family Trust (the "Sewells") mediated the matter with Ret. Judge George Hernandez with ADR Services.  The matter did not settle, but settlement discussions continued in principal.

On November 20, 2025, Live Oak, through counsel, sent an email to counsel for the Sewell Defendants setting forth the terms of a proposed forbearance agreement.  In that email, Live Oak further clarified that **"No forbearance or other terms are agreed until we have a final, fully executed written agreement."**  On December 10, 2025, after further discussions,

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

4903-1380-2391.1

counsel for the Sewell Defendants replied that "We have a deal in principle. Please draft an agreement as soon as you can."

The settlement agreement was delayed due to the Holidays and other commitments, but on January 12, 2026, Live Oak's counsel provided a draft forbearance agreement.  Since that time, Like Oak has worked in good faith to finalize the settlement agreement.  However, the revisions Live Oak has received are not in compliance with the express and clear terms of the agreement as set forth in Live Oak's November 25, 20225 email.

On March 5, 2026, counsel for the Sewell Defendants responded to Live Oak's latest draft agreement in which the Sewell Defendants continued to demand terms that were not agreed to. Further, the agreement included new demands to the terms of the settlement in direct contradiction to the terms set forth in the November 20, 2025 email. After careful consideration, on March 13, 2026, Live Oak, through counsel, informed the Sewell Defendants of its position regarding these revisions and that, further, it did not believe that settlement was possible at this time.

Live Oak is aware that the Sewells assert that their revisions comply with the Settlement Agreement agreed to.  Live Oak doubts this Court will decide to inquire into this issue, but Live Oak has the receipts, and further, has provided them to counsel for the Sewells with a detailed breakdown as to which revisions violate the express language of the agreed settlement. No substantive response has been provided to Live Oak.  In the unlikely event of any inquiry, Live Oak has little doubt it would prevail on this issue.

On that basis, Live Oak stated it would inform the Court of that settlement has failed and requested dates for a deposition of Bret Sewell.  The Sewells' counsel has explicitly refused to provide dates, leading Live Oak to notice a deposition on its own accord.  The Sewells' counsel has stated they will not appear at that date, nor will they continue to provide dates.  As such, a motion to compel will be forthcoming.  Beyond that, Live Oak requests that the Court (i) place the case back on active status; (ii) set new trial deadlines; and (iii) set a hearing on Live Oak's Motion to Strike [Dkt. # 19].

Dated: March 25, 2026                    MILLER NASH LLP


By: /s/ Bernie Kornberg
     Bernie Kornberg

     Attorneys for Plaintiff
     Live Oak Banking Company

LIVE OAK'S STATUS REPORT REGARDING SETTLEMENT

4903-1380-2391.1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Document Served on the attorney(s) listed below on the date set forth below by the method(s) indicated:

LIVE OAK'S STATUS REPORT REGARDING SETTLEMENT

by the following indicated method or methods on the date set forth below:

☒    CM/ECF system transmission.

☐    Email.

☐    First-class mail, postage prepaid.

☐    Hand delivery.

DATED: this 25 day of March, 2026

/s/ Bernie Kornberg
Bernie Kornberg

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

- 4 -

4903-1380-2391.1