**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LIVE OAK BANKING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRIM TECH DISTRIBUTION, LLC, et al.,<br><br>Defendants. | Case No. **5:25-cv-02467 EKL**<br><br>**NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 49 |

This case was referred to this Court by the Honorable Eumi K. Lee for a settlement conference. The conference will be held on **June 25, 2026, at 9:30 a.m.** in Courtroom 5, 4th Floor, San Jose Courthouse. If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov, or 408.535.5343. Please see this Court's Settlement Conference Standing order for more information.

IT IS SO ORDERED.

Date:  April 14, 2026

_____

Nathanael M. Cousins
United States Magistrate Judge

Case No. 25-cv-02467 EKL(NC)
SETTLEMENT CONFERENCE
ORDER